As previously announced, the times will be as one of the council. The first case today is number 181463, Samuel Gracia-Gracia et al. versus the Financial Oversight and Management Board for Puerto Rico et al. Mr. Amadeo, good morning. Good morning, sir. Your Honor. Antonio Amadeo Munga for appearance. May it please the Court. This case, through numerous rulings and prior rulings of this Court, of which each of you have offered an opinion, settled the matter that the funds consisting of the reimbursement due to the owners were the property of the owners, rightfully of the owners, and according to 665 Federal Third Act 271. Through these prior rulings, it was held that the sheet of the funds was invalid for failing to give adequate constitutional notice. It also held that these funds were in trust to be returned to the owners. Concerned with these rulings, we went back to the District Court and entered a stipulation for the proper return of the funds. A procedure was established, and indeed it began to be implemented. We are here for the fourth time because, meanwhile, PROMESA was approved and a stay order was granted automatically. And in order to continue implementation of the return of the funds, we have to move to a relief of stay. When we did so, the Government raised again the defences that had been previously adjudicated against them and stated that as to pre-2006 reimbursements, they had cheated. Or at least there was a question as to the ownership of the funds. That's what the argument of the Commonwealth. They further argued that as to post-2006 reimbursements, there was no valid trust. So therefore, they are still claiming that these are issues and open issues that have to be decided again, and the District Court sided with the relief. Is it correct that my understanding is that with respect to the pre-2006 premiums, those were cheated and dispersed into the general funds and accounts of the Commonwealth, but that as to the post-2006 premiums, they are apparently being held in a reserve account? Is that your understanding, or is that what the record shows? My understanding is that, pursuant to the statute, after the funds were five years in reserve, the Government used them and placed them in the general fund. As to the post-2006 reimbursements, they were supposed to be kept separately in trust. Whether they disposed of them or not, we don't know. But they said that they have them in a reserve account. So isn't there supposedly something like 76 million that's in a reserve account? At one point, there was 76 million in a reserve account, but on the basis that they have cheated because they have been more than five years in possession of the Government, they used them and placed them in the general fund and disposed of them. I'm sorry, do you mean out of that 76 million post-2006, that the Commonwealth nonetheless has cheated after a five-year period with certain amounts of that 76 million? Is that what you just said? No. There have been no cheat of funds relative to the post-2006 funds because no five-year period has elapsed. When this Court held that no further funds will be cheated to the Government. Okay. You are relying quite heavily on our Court decisions, but in fact you settled the litigation and you settled it on certain terms and those included injunctive relief. Why aren't the terms of the settlement and that injunction what governs here rather than the prior rulings of the Court? Yes, and that is our position in Government that the settlement precisely established that the funds were the property of the owners and devised a method of returning them, the funds, to the owners. What language is it in the settlement agreement that you say establishes or confirms the ownership of the funds? Because you heard when the case went back to the District Court, the appellees claimed that they had no duty or obligation to return the pre-2006 funds because they had cheated. And there is a specific ruling which the District Court adopted, repudiating that argument and stating that these pre-2006 funds had to be reimbursed because there was no notice and therefore it was invalid any cheat of these funds. My question is, following up on Judge Lynch's question, if you are saying that the settlement agreement controls and the settlement agreement deems these funds to be property of your clients, what language is it in the settlement agreement to which you would direct our attention? The language is to defend that these funds will remain for the next two years after the approval of the stipulation. Return of the funds for a period of two years from the date of the approval of the stipulation. I think what you are pointing to is there is language in the settlement agreement that constitutes a contractual agreed undertaking by the Commonwealth that it will make certain payments to counsel and certain procedures. Yes. But I think what we are asking for is not, is there some type of contractual undertaking that resolved the dispute, but instead is there anything that confirmed the ownership of the property? You know, the fact that the funds are being returned is the affirmation that the funds belong to the owners. So you would point to the use of the word return in the settlement agreement? I would have to address directly to see the specific terms of the settlement, but there was, the stipulation was agreed upon on the basis of the rulings of the court, not because there was any contractual agreement different from what this court ruled. The stipulation only implemented the rulings of the court. There is no waiver of any owning rights to these funds, which this court has agreed belong to the owners. I would have to check the specific language of the stipulation, but we shall make respectfully that there is nothing in which we waive or gave away any rights that we have to these funds. We're trying to distinguish between an agreement that says the car is my car, and we agreed that if I show up on Thursday you'll let me drive it away and you won't hang on to it any longer, as opposed to an agreement that says we have a dispute over who owns the car, we're going to settle it by you paying my counsel $1,000 and then you paying me $10,000. We have a contractual undertaking that resolves the dispute as to property ownership. And the other side here is saying that the settlement, as I understand it, is the settlement agreement is of the latter type of undertaking, and hence your action that you wish to bring is an action for damages for breach of contract, as opposed to a more equitable proceeding for return of property. And I'm trying to get at is there any language in the settlement agreement that you would point us to that would put this claim you wish to bring more in the first category than the second? Yes, Your Honor, and I may repeat that this case went down to the district court to implement the rules of this court, and they presented the fact that these monies have been cheated by the statute already, and that argument we opposed, and it was rejected by the district court and said all the monies have to be returned and no monies have been cheated because the statute is invalid. And you're saying that decision is after the settlement agreement and was an interpretation of the settlement agreement? Yes or no? Yes. All right. And that wasn't appealed? It wasn't appealed. Right. And so you have a lower court decision that you're relying on construing the settlement agreement. Yes, Your Honor. And then the bankruptcy occurred. And the bankruptcy occurred. And that's why we are here the fourth time. Okay. So I have a lot of sympathy for your position. I wrote a number of the earlier decisions. The Commonwealth has not behaved admirably here. But the issue before us, I believe, is whether the district court abused its discretion in deferring decisions about ownership here. And you need to tell me why there was any abuse of discretion. Okay. Our answer is that in the ruins of this honorable court, definitely settled the matter that these funds belong rightfully to the owners. But you settled the case and you did not embody in your settlement agreement or in the injunction, to the extent it's relevant, that the property flatly belonged to your client. And so the district court said, I want to defer those disputes about ownership and I want to consider them along with the claims of other people to funds from the Commonwealth. And that seems pretty sensible. I respectfully disagree in the sense that the stipulation that we arrived at was not something that was a default take matter. It was just the implementation of the rulings of this court and the district court when the defendants in that case maintained the position that the funds pre-2006 had been cheated. So the judge had pre-ruled against them and then we entered into a stipulation. The stipulation did not by any means make an agreement in which we renounce any rights which we had acquired through the rulings of this honorable court. But neither does it establish that you have property rights. Now, you do have an argument, which can be made at some point, that the settlement agreement must be interpreted against the context of the court rulings. But the bankruptcy judge here deferred consideration of that. And what's wrong with that? Well, it's wrong because it misinterpreted the rulings of this honorable court and of the district court and of the stipulation. Because if you decided in prior rulings that the property was rightfully the property of the owners, how can they include that in the assets of the debtor later on? I don't see how they could. It doesn't belong to the debtor, it should be returned and they should not be compelled to participate in a future distribution of assets after 15 years trying to establish the ownership of the fact that this money belonged to the debtor. I have one more question. Yes. This is not only about distribution to the people of Puerto Rico who were forced to make duplicate payments and haven't yet been reimbursed. You were also entitled to a million dollars in attorney's fees under the agreement. Is that correct? On top of the money you have received. There were going to be four $250,000 payments. The monies that the attorneys would receive would be deducted from the money to be reimbursed. Yes, but nonetheless, that sum was set. Essentially, you are owed roughly a million dollars for the many years of litigation. From the funds. Yes, okay. May I ask, how old are you? I'm 84. All right. Is there any estimate of how long these proceedings are going to last before the bankruptcy, Judge? I am not very optimistic, Your Honor, of an early settlement because every day the things get complicated. Yes, we have a number of cases up here. Yes, thank you. Thank you, Your Honor. Mr. Barak, good morning. Good morning, Your Honors. Ehud Barak, Proscar Rose, Council of Properties. I would like you to help me. Are we dealing with a debt here or are we dealing with strictly an issue of property? Sorry, I didn't get the question. Are we dealing with a debt issue? I think we are. At least that's how we see it. Well, tell me how. Okay, so the question is who owns the property, and that issue is in dispute, as the court below stated. We believe that we have good arguments that, as we said, the pre-2006 amount is estimated and are not part of what the appellants think he owns. And the post-2006 we think wasn't put in a valid trust. What about the ruling of the district court? The ruling of the district court. I mean, the district court is... You didn't appeal that, am I correct? We did not appeal the district court. So it's still all the case. Well, none of the courts below ruled that there was a valid trust under Puerto Rico law. They didn't do the analysis. Well, isn't the trust in this case established by a Puerto Rican law? What is property of the estate? Can you just answer that question? Can you repeat it, please? Isn't the trust in this case established by a Puerto Rican law, a specific Puerto Rican law? It is, but we think it wasn't complied with Puerto Rico law. I don't understand this. The legislature in Puerto Rico establishes a trust. Why is that not complied with Puerto Rico law? We look at the other Puerto Rico statutes and we see that when the Puerto Rico legislature wanted to create the trust, it actually stated trust is hereby created. That's a private, you're talking to the private trust law. The private trust law, the children's trust, but that applies also to statutes. The children's trust, it was created by a Puerto Rican statute. What about a later statute from the legislature? Doesn't it establish a different law as to how you establish a trust? The way that this trust is established, and it doesn't matter if it's a public trust or a private trust, is all complied with law 219 of 2012. There is example that basically states— What is the date in which law 230 was passed? Law 230 was passed in 2002, Your Honor. Excuse me? You mean law 219? Maybe I said it the wrong day. I have it.  In 2013, Your Honor, I think Your Honor, this court gave its decision. I think the trust law that I'm referring to, Act 219, was passed in 2012. But before the 2012 law, the trust law was passed, there was articles 834 and 874 of the Civil Code that had the same requirement for a deed of trust to be executed in order to be a valid trust under Puerto Rican law. But the law that we're dealing with in this case is a specific law passed by the legislature of Puerto Rico. Yes, Your Honor. Are you telling me that the legislature would have to go before Donald E. Pollock to have a trust established under this law? I don't think it's a legislature, but I think the Secretary of the Treasury was required to execute a deed of trust, if I may explain. In the GDP Restructuring Act that was passed in 2017, the law specifically stated that it is exempt from the trust law. The Debt Recovery Authority and the Public Entity Trust specifically said they don't have to comply with the trust law. There are other statutes in Puerto Rico, like the statute that I mentioned before, that creates a children's trust. And that language that is being used there says a trust is hereby created. Here, basically, the only language that we have is that the Treasurer and the Secretary will hold it as a trustee. That's it. It doesn't create a trust. No, it says it in a fiduciary capacity. It's a matter of translation, and I understand those are interchangeable. But yes, in a fiduciary capacity or as a trustee. But that doesn't create a trust. How does he hold it in a fiduciary trustee capacity if it's not a trust? You can't be a trustee without a trust. I think this is similar to a situation that prior to bankruptcy, a debtor makes a statement that his assets are leaned up. Then we file for bankruptcy, and basically the trustee walks in and says, yes, it was a lien, but it wasn't protected. It's the same thing here. There was a trust, but it wasn't a valid trust. Let me ask you a timing question. The other side is saying, this is our property held by your client in trust. You're saying, not quite. There's no trust. It's not your property. We at most have an obligation to pay you. Everything turns on that issue, doesn't it? If the court were to determine that you're right, what you've just been saying, and there was no trust, then they're off to the races with the other unsecured creditors in the bankruptcy proceeding. I'm not 100 percent in agreement, and I'll tell you why. Well, let's assume that that's better for you than even what my brother has been facing. Even if this court decides that there was a trust, and it's not even a question, if we're in a situation where money that is in the general fund, and the appellant said, this is my money, there's other claim holders out there that have similar claims to the exact same money. Aren't some of these in a reserve account? Well, that's an interesting question. The money is not segregated in the general fund. All the money of the commonwealth is in the TSA, the treasury single account, and all there is is a book entry that says this money was received through the JUA. That's it. It's not segregated like a trust. Let me put it this way. Suppose the court were to find that fees were held in trust, they are property of the plaintiff class, and the reserve account ledger entry allows me to trace them sufficiently for trust law. I don't think this is sufficient to lift the state. Again, I'm getting back to the issue. Why not? Because there are competing claims to the exact same money that is in the general fund. Those are contractual claims. Are there competing claims where someone says that money is my money being held in trust? There are competing claims that basically argue that there is property interest in the money that is in the general fund. So if the general obligation bonds have some sort of property interest in that money, the judge was correct to let all the claimants come before the court and then adjudicate who has ownership duty, who comes before who. That's the whole idea of bankruptcy, that we let all the arguments be heard, and the time to do that is at the confirmation stage. Let me make sure I understand what you're saying. You're saying these funds, notwithstanding the entry of a reserve account, are in fact intermingled with the commonwealth's general funds. And secondly, some of those general funds include, for example, perhaps special revenues from revenue bonds or general obligation? The money that comes into the general fund is from all... And you have some other creditors saying that, pursuant to some bond agreement, that's their collateral? They argue, and they file hundreds of proof of claims to that matter, that they have a property interest in that money. Well, in that money you mean the general fund? The general fund. If you are able to segregate, if accounting-wise, every time they deposited these monies into the general fund, you can trace how much that money was deposited, and you are able to establish the amount that actually should not have been deposited in there, why would they have a claim over those monies? If the monies were segregated in a different account, and all the formalities of the trust were met, then I think, yes, the answer is yes. But here, that's just not the case, factually. I mean, we know that all the monies are in the general fund. Maybe I didn't make myself clear. Five dollars of these funds are put in the general accounts of the commonwealth. Five dollars. They can trace five dollars. So five dollars of that, assuming that your opponent is correct, doesn't belong to the government. Why don't the general creditors have anything to say about those five dollars? Because they have a lien on all monies in the general fund. If it's not segregated, the lien covers all the money in that fund. Even if it doesn't belong to the commonwealth? They have a lien on property that doesn't belong to the commonwealth? You may answer that, and then I have two factual questions. Yes, but let me get a quick answer to that. I think here, first, there's a question whether it belongs to the commonwealth, but if it doesn't belong to the commonwealth, there are competing interests to the same pot of money, and there isn't enough to go around. I took the five dollars out of the pot. If the five dollars were out of that fund, then you're right, but that five dollars are in the fund. That's an accounting procedure. Sorry? That is an accounting procedure that can be done very easily by tracing the funds. But it's true that it's for accounting purposes, but if the lien covers all the money in the general fund, you can't just take the five dollars out. The lien applies to those five dollars as well. Thank you. I'm sorry. You know, that was a very helpful answer. You referred to general obligation liens and perhaps special purpose liens. Are there other trust claimants to these funds? Is there any other group out there saying the funds were held for us in a fiduciary capacity? The one other group that comes to mind is the normal lines that basically insure certain bonds at the HDA. The HDA has what we call a clawback argument, and they argue that the monies that were supposed to be sent to HDA from the commonwealth actually were clawed back and left in the general fund. Those more lines now argue this is the money of HDA. You should send it back. We have an interest in that money. So that's just another example, and I think that just shows why the court was right in basically saying hold off. There's many people who actually have some sort of interest in that money. Let's do it all in an orderly fashion. Let's see what the argument is. Let other people be argued before we decide it, because if we decide not to leave the state and money goes out, those creditors will be prejudiced. Well, that leads me to another question before I reach my second question. You referred to a children's trust. Yes. Are there claimants as to that children's trust to the monies in the general fund? The children's trust, I think it's basically the money that's received from the tobacco settlement, and they're not actually in the general fund. They're not. This is a completely different trust that was established, hence the special language. And hence your argument that this is not a trust in the same sense as the children's trust. Correct. All right. Now, since the stay was in fact lifted to permit notification to the insurance policyholders and to permit them to make claims and to permit the commonwealth to process those claims and determine which were valid and which were not, has that in fact been happening since the stay was lifted? So since the stay was lifted for that, modified for that purpose, we and the notice of publication went out. There were 46,000 claims that were filed with the Treasury. And up until now, because of some issues in starting the process, 1,100 claims were actually processed. What I understand from talking to Treasury is that in the coming month, they hope to make much more progress with respect to that. But, again, I don't think that the appellants would be prejudiced. As long as people file their claim, then this would make the entire process faster. Because regardless of when they're going to get paid and how much they're going to get paid, once the process started, the process started before, so they would be better off. And we're very sympathetic that the appellants have been waiting for a very long time for that money and that they basically are entitled to get some money. There were two types of publication. One was a general publication in newspapers and on the Internet site, and the other was individual letters. What has happened with respect to both types of publication? I think, ma'am, as far as I know, the settlement agreement that you referred to in 2016 set exactly what the procedures with respect to mailing or the fashion that it should happen, including individual mail. So that was decided. It wasn't decided by the court. The parties agreed on some method. I don't remember the exact method. Well, perhaps you'll rely on my description of what the settlement agreement said. What I'm trying to find out is was, have you now complied with the notice requirements? I believe the commonwealth complied with the notice requirements. If that proves not to be true, we'd appreciate a letter from your opponent after argument telling us whether that is true or not. I'll check for myself in that courtroom. Okay. So let's just follow this up. Nobody is entitled to this money until they've been through the claims process. The commonwealth may be holding as part of the general fund a certain sum of money, but until the claim process has been worked through, no payment would be made. That's correct, and also because the stay applies to basically paying the money. So unless the stay is lifted, the money wouldn't be paid. So in that sense, the issue isn't ripe yet because there hasn't – I don't recall the settlement agreement requiring payment within a certain number of days of the commonwealth deciding it's a valid claim. It is not. The only obligation there is that the commonwealth should decide whether they're going to object to a claim or not within 120 days, but it does not mandate when the payment should be made. All right. So the commonwealth did behave very badly here over a number of years, and this court has been involved in this dispute for a number of years. So we have some interest in knowing how fast this process is going to happen, even if there were an affirmance on no abuse of discretion grounds. Your Honor, if I may just react to that for a second. As I said, we're very sympathetic to that, and I think the good news is that we are now in the last slot of the Title III case, and we do hope to file a plan within the coming month. And obviously that may take longer, but we hope that the wait that the appellants have to wait until they get their treatment under the plan or if decided the entirety of that money, the money itself, would not last for much longer. Of course, there's many other factors, but we are in the last lap of the Title III. It strikes me, if I may, and then I'll turn to Bill Kayada, there's sort of different considerations as to the lack of final ripeness as to all of the potential claimants if you have 46,000 claims and you've only decided on 1,100. That's one set of reasons perhaps to defer. Another one has to do with the dispute, which you say is a live dispute, as to whether the fiduciary obligation language actually puts these creditors in a better position than other creditors against the general fisc who have liens. All right. That's a totally different question. Let's assume that there is some progress made on these 46,000 claims. Has the Commonwealth considered going to the district court and saying, with your permission, we'd now like to start paying these claims, or is it that you really want this adjudicated in the context of every other claim? We think, as I said before, the entitlement issue between completing claims should be decided at confirmation. I think another reason to wait until confirmation, there's two other reasons to wait. Basically, there might be, as often happens in bankruptcy, when the oversight board may file a plan that would basically obviate the need to even adjudicate those issues. Many of the plans in Stockton and Detroit and San Bernardino had a convenient class that paid small claimants in full just to get the administrative burden out of the way. I'm not saying that we definitely will have such a class, but it's something that is in discussion right now. That's another reason to wait until we have a plan in file. Yet another issue why we think it's right to wait for the plan process, there are other arguments in the Title III case similar to those that are at issue here. We talked about the validity of the trust. We know that this issue already came up twice in other parts of the case. Again, the general obligation bond, it argued that certain property taxes are held in trust due to another statute of Puerto Rico. The Commonwealth basically opposed for the same reason, that we don't think that a valid trust was created. The GDP Title VI restructuring, the same argument came up there as well. That's why we think that such an important issue shouldn't be decided now when all these other creditors in other parts of the case don't have the opportunity to be heard on it. So we think it's confirmation. All the claim holders with a similar claim can argue against it fully, and the judge could make up whatever she thinks is the right decision on that, and that will be uniformed on all those people who are basically saying we have a valid trust. And that would be done in the course of confirmation plan proceedings? Yes, Your Honor. Don't go, because I think Judge Kayada had a question, and then I had one. I was confused by one of your comments. Did you say there was no deadline for the Commonwealth to pay under the settlement agreement? As far as I remember the settlement agreement, there is an obligation to decide whether the Commonwealth is going to object or not within 120 days. And then it says within 120 days issue the corresponding refund. Okay, so I stand corrected. Help me a little bit, because I'm confused by some of the facts in this case. Am I correct that at some point in all the litigation that has taken place in this case, including the three opinions that we have issued, at some point wasn't it decided that these funds belong to appellants? So in 2009 the courts... Can you just answer yes or no, because I don't want to get more confused. I think the short answer, I don't think the court ever decided the ownership issue. I think it decided... Assuming that's not correct and that there has been a decision at some point in the course of this litigation as to the ownership of the funds, does that mean that that would have to be re-litigated again at the end of this proceeding as you claim? Well, if I'm wrong and the court didn't... Actually, after weighing in the context of bankruptcy that there is an ownership interest, if that's the law of the case, it wouldn't have to necessarily be re-litigated, but we don't believe that that's the issue. I think if I may just explain myself for a few seconds. Sure. In 2009 when the court made the determination that the appellants have a sufficient property interest, that was for the purpose of a motion of sufficient property interest for maintaining and taking a due process clause. The court never decided what kind of property interest. The court never analyzed whether in the bankruptcy context this is ownership or not. We know that this court has ruled before in the ground round decision that issues of property, of the debtor, are different and the state law is not dispositive on this issue and it should be made by the bankruptcy court. And I think that's what the judge was trying to say. Hold on. We'll get the confirmation. We'll take a look at it then. So we don't think that the court in this context decided that they have an ownership interest. No doubt that they have some sort of a property interest, but ownership was never decided. Thank you. Thank you.